April 22, 2012

Kevin Glasscho #44166-037
FCI Schuylikill
P.O. Box 759
Minersville, PA 17954

Felicia C. Cannon,
Clerk of Court
101 W. Lombard Street
Baltimore, MD 21201

RE: U.S. V. KEVIN GLASSCHO
No.: WDQ-1-09-CR-0183 & 0184

Mrs. Cannon:

I am addressing this letter to you in reference to the above case number.

Mrs. Cannon, I am requesting for the **Docket sheet** of both of the above case numbers.

Thanking you in advance for any assistance into this matter.

Sincerely,

Kevin Glasscho #44166-037

Kevin Glasscho #44166-037
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954

cc: files

FILED ENTERED
LOGGED RECEIVED
APR 25 2012
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

CERTIFICATE OF SERVICE

I, Kevin Glasscho #44166-037, do herewith Certify that the aforegoing: U.S. V. KEVIN GLASSCHO CASE No.: WDQ-1-09-CR-0183 & 0184 was mailed postage pre-paid, by placing in the United States' Mail Service, on this 22 day, of April, in the year 20 12, addressed to:

Felicia C. Cannon
Clerk of Court
101 W. Lombard Street
Baltimore, MD 21201

Signed: Kevin Glasscho #44166-037

Kevin Glasscho #44166-037
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA

HARRISBURG PA 171
23 APR 2012 PM 5 L

USA FIRST-CLASS FOREVER

TO
⇔44166-037⇔
Felicia C Cannon
Clerk of Court
101 W Lombard ST
Baltimore, MD 21201
United States

21201+2641